# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. 00-C-0589

DUANE A. GREER,

        Defendant.

## ORDER

On July 17, 2000, the United States District Court for the Eastern District of Wisconsin entered a judgment against the defendant, Duane A. Greer, for $2,625.00 in principal and interest of $1,865.21 as of July 7, 2000, on debt one, and for $2,900.00 in principal and interest of $2,181.53 as of July 7, 2000, for debt two. Post-judgment interest was ordered compounded annually at the rate of 6.275% from the date of judgment. As of September 6, 2007, the defendant's remaining unpaid balance as a result of the aforementioned judgment is $14,920.73, plus interest. (Affidavit of David J. Verrier [Verrier Aff.] ¶ 3). Since the entry of the judgment against him the defendant has paid nothing towards the debt owed the United States. (Verrier Aff. ¶ 3).

The defendant was mailed two letters – on June 27, 2007, and July 27, 2007 – requesting that he complete and return a financial statement to the United States Attorney's Office. The defendant did not return the financial statement or make any contact with the United States Attorney's Office. (Verrier Aff. ¶¶ 4, 5 and 7).

On August 15, 2007, the defendant was personally served with a civil subpoena commanding him to appear at the United States Attorney's Office at 2:00 p.m. on September

6, 2007. (Verrier Aff. ¶ 6, Exhs. 1 and 2). The defendant did not appear at the scheduled time on September 6, 2007, for the deposition.

With respect to the failure to obey a subpoena, Rule 45(e) of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> (e) **Contempt.** Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of court from which the subpoena issued.

Based upon the motion filed by the United States of America, and upon a showing of good cause as set forth in the memorandum, affidavit and exhibits filed in support of this motion,

**NOW, THEREFORE, IT IS ORDERED** that the defendant appear in Courtroom 282 of the United States District Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202, at **3:00 p.m. on Tuesday, November 13, 2007**, to show cause why he should not be adjudged in contempt of court.

Dated at Milwaukee, Wisconsin, this 23rd day of October, 2007.

BY THE COURT:

s/Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge